In the Matter of the Claim of JAMES DONOHUE, Respondent, against McKAIG-HATCH, INC., et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Donohue v. Mc Kaig-Hatch, Inc.*, 177 App. Div. 938, affirmed.

(Argued February 27, 1918; decided March 19, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 16, 1917, affirming an award of the state industrial commission made under the Workmen's Compensation Law. The claimant lost the index finger at the knuckle joint, the ring finger at the knuckle joint, and the thumb at the second joint. The little finger and the balance of the hand was uninjured. The commission in their award stated, " disability is adjudged to be loss of use of hand " and in their findings found as a fact that the claimant had permanently lost the use of the right hand. Defendants contended that the finding was unwarranted.

*William H. Foster* for appellants.

*Merton E. Lewis, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ.